**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Washington, D.C.**

**BID PROTEST**

FILED
Feb 13 2018
U.S. COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| PIONEER CREDIT RECOVERY, INC. | |
| Plaintiff, | |
| v. | CFC No. __18-216 C__ |
| THE UNITED STATES OF AMERICA, | Judge _____ |
| Defendant. | |

**CORPORATE DISCLOSURE STATEMENT OF**
**PIONEER CREDIT RECOVERY, INC.**

Pursuant to Rule 7.1 of the Rules of the Court of Federal Claims, Pioneer Credit Recovery, Inc. ("Pioneer") states that it is a corporation organized under the laws of the State of Delaware, and is wholly owned by Asset Performance Group, LLC, a limited liability company organized under the laws of the State of Delaware.  Asset Performance Group, LLC is wholly owned by Navient Corporation, a corporation organized under the laws of the State of Delaware. Navient Corporation is a publicly traded corporation, trading on the NASDAQ under the ticker symbol NAVI.  Neither Pioneer nor Asset Performance Group, LLC are publicly traded.

        Respectfully submitted,

Date:  February 13, 2018        By:  /s/ Jonathan D. Shaffer
        Jonathan D. Shaffer (jshaffer@smithpachter.com)
        SMITH PACHTER MCWHORTER PLC
        8000 Towers Crescent Drive, Suite 900
        Tysons Corner, Virginia 22182
        Tel: (703) 847-6300
        Fax: (703) 847-6312
        *Counsel of Record for*
        *Pioneer Credit Recovery, Inc.*

*Of Counsel*
Mary Pat Buckenmeyer (mbuckenmeyer@smithpachter.com)
Sean K. Griffin (sgriffin@smithpachter.com)
SMITH PACHTER MCWHORTER PLC

## **CERTIFICATE OF SERVICE**

I certify that I have caused a true and accurate copy of Pioneer Credit Recovery, Inc.'s Corporate Disclosure Statement to be delivered by the delivery method indicated below on the 13th day of February 2018 to the following:

United States Department of Justice (*via electronic mail*)
Commercial Litigation Branch
1100 L Street, NW, 8th Floor
Washington, DC 20530
Tel: (202) 616-0475; Fax: (202) 305-7644
Email: nationalcourts.bidprotest@usdoj.gov

David R. Pehlke (*via electronic mail*)
United States Department of Justice
Civil Division
Post Office Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-0252; Fax: (202) 353-0461
Email:  david.r.pehlke@usdoj.gov

Patty Queen-Harper, Contracting Officer (*via electronic mail*)
U.S. Department of Education
Federal Student Aid/Mission Support Group
61 Forsyth Street SW, Suite 18T30
Atlanta, Georgia 30303
Tel: (404) 682-3288; Fax: (404) 974-9325
Email: Patty.Queen-Harper@ed.gov

Jose Otero (*via electronic mail*)
Sara Falk (*via electronic mail*)
United States Department of Education
Office of the General Counsel
400 Maryland Avenue, SW
Room 6C157
Washington, D.C. 20202-2110
Tel: (202) 453-6478; Fax: (202) 401-9528
Email: Jose.Otero@ed.gov
Email:  Sara.Falk@ed.gov

                                              /s/ Jonathan D. Shaffer
                                              Jonathan D. Shaffer